**Dismiss and Opinion Filed January 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01402-CR

**LENNIE EARBIN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80478-2012**

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Boatright
Opinion by Justice Francis

Lennie Earbin was convicted by a jury of continuous sexual abuse of a child. The trial court sentenced him to twenty-five years in prison. On appeal, we affirmed the trial court's judgment and mandate issued November 30, 2015.

On September 29, 2017, appellant filed a Motion for Recusal or Disqualification in the trial court, seeking to disqualify "Judge Scott Becker and numerous Collin County officials." Judge Becker declined to recuse and referred the matter to the Presiding Judge of the First Administrative Judicial Region who, on October 3, 2017, denied appellant's motion to the extent it sought to disqualify Judge Becker. Appellant then filed a notice of appeal of the denial of his motion. For the reasons that follow, we conclude we lack jurisdiction over this appeal.

The procedure for recusal of judges set out in rule 18a of the Texas Rules of Civil Procedure applies in criminal cases. *De Leon v. Aguilar*, 127 S.W.3d 1, 5 (Tex. Crim. App. 2004). An order denying a motion to recuse may be reviewed only for abuse of discretion on appeal from the final judgment. TEX. R. CIV. P. 18a(j)(1)(A). There is no final judgment in this case. Absent a timely appeal of a final conviction or one that disposes of all issues and parties in a case, we lack jurisdiction over a trial court's stand-alone order denying a motion to recuse. *Green v. State*, 374 S.W.3d 434, 445 (Tex. Crim. App. 2012).

We dismiss this appeal for want of jurisdiction. TEX. R. APP. P. 43.2(f).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b).
171402F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LENNIE EARBIN, Appellant

No. 05-17-01402-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-80478-2012.
Opinion delivered by Justice Francis,
Justices Evans and Boatright participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered January 17, 2018.